# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-mj-00653-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CARLOS TORRES-GONZALEZ, | |
| Defendant. | |

On October 6, 2009, the Defendant failed to appear for his initial appearance and arraignment and plea.

Based on the foregoing,

**IT IS HEREBY ORDERED** that Cash Bond posted on July 1, 2009, receipt # 00115500, is FORFEITED.

DATED: December 30, 2019

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE